■ PHILIP GERSH, Respondent, v. KASPAR & ESH, INC., et al., Appellants.— Order entered on January 17, 1961, insofar as it denies defendants-appellants' motion, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, to dismiss the first, second, fourth and fifth causes of action in the amended complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Eager and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN ROSEN, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Eager and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JUAN FIGUEROA.— Motion for an enlargement of time granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the information shall be substituted in place of the original information, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. IRVING MISHEL.— Motion for an enlargement of time granted, and the time within which to perfect the appeal is further enlarged to the November 1961 Term of this court. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EURPIDES CANCEL.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ SALVADOR BENADON v. JORGE ANTONIO.— Motion for a stay denied, with $10 costs. The stay contained in the order to show cause, dated April 13, 1961, is vacated. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK v. MICHAEL JANICKI.— Motion for an order to vacate order of the Court of Special Sessions of the City of New York, New York County, and for other relief denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.